

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00344-CV

**IN THE INTEREST OF R.A.E.** and J.D.F., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01868
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. Costs of appeal are not assessed against appellant because he qualifies as indigent.

SIGNED March 16, 2022.

_____
Irene Rios, Justice